IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

**GREGORY ALEXANDER MCCULLOUGH,**

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

   Petitioner,

CASE NO. 1D15-5083

v.

**STATE OF FLORIDA,**

   Respondent.

_____/

Opinion filed June 8, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Gregory Alexander McCullough, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

   The petition for belated appeal is denied on the merits.

LEWIS, BILBREY, and WINOKUR, JJ., CONCUR.